UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-CR-20263-DPG(s)

UNITED STATES OF AMERICA

vs.

MARLEN MANUKYAN,

    Defendant.
_____/

## FACTUAL STATEMENT IN SUPPORT OF CHANGE OF PLEA

If this case were to proceed to trial, the government would prove beyond a reasonable doubt the following facts:

From in or around August 2013 through November 2013, the defendant, Marlen Manukyan, engaged in a money laundering conspiracy by agreeing with his co-conspirators to open bank accounts in Miami-Dade and Broward Counties in false names using counterfeit driver's licenses. The defendant knew that the bank accounts he opened in false names would be used to conduct financial transactions involving money and funds derived from some form of unlawful activity and that the purpose of using the bank accounts set up in false names was to disguise the nature, the location, the source, the ownership, and the control of the money and funds the defendant's co-conspirators derived from their unlawful activities, specifically access device fraud and wire fraud as further described below.

Starting on August 1, 2013, and continuing through August 9, 2013, the defendant opened or attempted to open multiple bank accounts in Miami-Dade and Broward Counties using the identities of two individuals, M.G. and A.A., without their permission or authorization. The defendant opened or attempted to open the bank accounts at various banks including City National Bank, AmTrust

1

Bank, TD Bank, Bank of America, Popular Bank, and Wells Fargo Bank, all of which were financial institutions engaged in interstate commerce. The defendant opened or attempted to open these bank accounts using counterfeit Pennsylvania Driver's Licenses (access devices) in the names of M.G. and A.A. with their real dates of birth, but the defendant's photograph embossed on the counterfeit driver's licenses. The defendant opened these bank accounts as either personal bank accounts in the names of M.G. and A.A. or as corporate bank accounts in the name of a shell company named ZRF International Services LLC that the co-conspirators incorporated in Florida on August 7, 2013, and which listed A.A. as its registered representative on the incorporation documents. The address of record used for the bank accounts was a post office box set up by the defendant's co-conspirators.

Once the bank accounts were set up by the defendant, the accounts received money from essentially two illicit sources for the next several months. First, the defendant's co-coconspirators engaged in a tax refund scheme using stolen identities pursuant to which they filed fraudulent tax returns with the Internal Revenue Service ("IRS") using the identities of various individual taxpayers – including the taxpayers' names and social security numbers – without the taxpayers' knowledge or consent. The defendant's co-conspirators filed the fraudulent tax returns electronically using the online internet services offered by H&R Block, a national tax preparation business. Once H&R Block received the tax refund payments from the IRS, H&R Block electronically transferred through ACH transactions the tax refund payments (minus the fees owed to H&R Block) to several of the bank accounts set up by the defendant using the identity of A.A. The defendant's co-conspirators then withdrew the money received from H&R Block through cash withdrawals or debit card transactions against the bank accounts. In total, the defendant's co-conspirators filed approximately 71 fraudulent tax returns that caused the IRS to pay $84,049 in tax refunds to H&R Block, a portion of which was then transferred to the bank accounts set up by the defendant using the identity of A.A.

Second, the defendant's co-conspirators engaged in a scheme to defraud individuals who were seeking to buy used Recreational Vehicles ("RV") on the internet. To perpetrate this scheme, the defendant's co-conspirators using fake names advertised on internet websites such as craigslist.com that they had used RVs for sale. Interested purchasers were told to send their money by wire transfer to bank accounts of what they were led to believe was a third party escrow company. In reality, the third party escrow company was a shell company – ZRF International Services – incorporated by the co-conspirators. The victims never received the RVs they believed they had purchased once the conspirators obtained control of the victims' money.

Specifically, in this instance, a retired couple, T.W. and K.W., living in Texas were defrauded into believing that they had reached an agreement to purchase a used RV advertised for sale on the internet. On September 12, 2013, T.W. and K.W. sent $39,960 by wire transfer to complete the purchase from their bank in Sugarland, Texas, to the ZRF International Services bank account set up by the defendant using A.A.'s identity at a Wells Fargo Bank branch office in Hallandale Beach, Florida. Before receiving this wire transfer, the balance in the ZRF International Services account was $199.74. On September 16, 2013, the defendant and his co-conspirators caused Wells Fargo to send by international wire transfer the sum of $39,000 from the ZRF International Services bank account at Wells Fargo to a bank account in the name of P.V. at Alpha-Bank in Moscow, Russia. T.W. and K.W. never received the RV they believed they had purchased and the conspirators ceased communicating with the victims once they received T.W.'s and K.W.'s money. As with the other bank accounts previously discussed, the defendant opened this ZRF

International Services bank account using a counterfeit Pennsylvania Driver's License in the name of A.A. as the authorized signatory on the account.

WIFREDO A. FERRER
UNITED STATES ATTORNEY

Date: 1/4/17   By: _____
HAROLD E. SCHIMKAT
ASSISTANT UNITED STATES ATTORNEY

Date: 1/4/17   By: _____
TONY MIRVIS
ATTORNEY FOR DEFENDANT

Date: 1/4/17   By: _____
MARLEN MANUKYAN
DEFENDANT